

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAYMUNDO CARRANZA, | § | No. 08-16-00298-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D00299) |
| | § | |

**O R D E R**

The Appellant's brief was due with this Court on October 30, 2017 with three final extensions having been granted. Appellant's attorney, Mr. Ruben P. Morales filed a sixth motion for extension of time on November 1, 2017 requesting an additional 22 days to file his brief. However, before the Court acts on the motion it will be necessary for the trial court to conduct a hearing.

Therefore, it is ORDERED that the trial court conduct a hearing in order to determine if appellant wishes to continue the appeal and if appellant has been deprived of effective assistance of counsel.

Further, the trial court shall forward its findings to the District Clerk of El Paso County, Texas, on or before November 22, 2017. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and forward the same to this Court on or before December 2, 2017. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before December 2, 2017.

IT IS SO ORDERED this 2nd day of November, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.